COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 August 13, 2015
 No. 10-15-00128-CV
 IN THE INTEREST OF G.C., M.C., AND H.C., CHILDREN
 
 
 From the County Court at Law
 Bosque County, Texas
 Trial Court No. CV14084
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issues raised and finds no reversible error has been presented. Accordingly, the trial court's judgment signed on March 25, 2015 is affirmed.
 It is further ordered that the Texas Department of Family and Protective Services is awarded judgment against Kenneth Blake Linn for the appellate costs that were paid, if any, by the Department of Family and Protective Services; and all unpaid appellate court costs, if any, are taxed against Kenneth Blake Linn.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk